## 49419. HAYNIE v. A & H CAMPER SALES, INC.

CLARK, Judge.

The Supreme Court on certiorari (*Haynie v. A & H Camper Sales,* 233 Ga. 654), having reversed the judgment of this court in *Haynie v. A & H Camper Sales,* 132 Ga. App. 509 (208 SE2d 354) our previous judgment is vacated and set aside. In accordance with the opinion of the Supreme Court the judgment of the lower court is reversed.

*Judgment reversed. Bell, C. J., and Quillian, J., concur.*

DECIDED MARCH 6, 1975.

*Amos R. Worth,* for appellant.

*Hurt, Hill & Richardson, W. Seaborn Jones, T. Cullen Gilliland,* for appellee.